# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | | |
|---|---|---|
| MATTHEW DREW MILLER, | * | |
| | * | |
| Plaintiff, | * | Case No. 1:23-cv-0086-CLC-MJD |
| | * | |
| v. | * | Collier/Dumitru |
| | * | |
| HAMILTON COUNTY, TENNESSEE, et al., | * | |
| | * | |
| Defendants. | * | |

## MOTION OF DEFENDANT HAMILTON COUNTY, TENNESSEE FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendant Hamilton County, Tennessee moves this Court for entry of summary judgment in its favor and dismissal of all claims asserted against it, with prejudice. There is no genuine dispute as to any material fact upon which relief may be granted, and Hamilton County is entitled to judgment as a matter of law on all claims.

As set forth in the accompanying Brief in Support of Motion for Summary Judgment and the separately filed Statement of Undisputed Material Facts, with attached declarations and exhibits, the undisputed record establishes that:

1. Hamilton County cannot be held liable under 42 U.S.C. § 1983 because the Plaintiff cannot identify an official policy, custom, or practice that was the moving force behind the alleged constitutional violations, as required by Monell and its progeny;
2. The Plaintiff cannot establish deliberate indifference or causation necessary to support any failure-to-train or failure-to-supervise theory of municipal liability;
3. The alleged injuries were caused by the independent criminal acts of third-party inmates, which constitute intervening causes that break any chain of proximate causation;
4. Hamilton County is immune from the Plaintiff's state-law claims pursuant to the Tennessee Governmental Tort Liability Act, Tenn. Code Ann. § 29-20-101 et seq.; and

5. The Plaintiff lacks standing to pursue declaratory or injunctive relief, and those claims are moot as a matter of law.

Because the material facts are undisputed and Hamilton County is entitled to judgment as a matter of law, summary judgment should be granted in its favor on all claims. Pursuant to Federal Rule of Civil Procedure 56(a), summary judgment shall be entered when "there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law." The undisputed material facts supporting this Motion are set forth in Hamilton County's Statement of Undisputed Material Facts, filed contemporaneously herewith and incorporated by reference, along with sworn declarations and exhibits thereto.

Accordingly, Defendant Hamilton County, Tennessee requests that the Court:

1. Grant this Motion for Summary Judgment in its entirety;
2. Dismiss all claims against Hamilton County with prejudice; and
3. Award such other and further relief as the Court deems just and proper.

**HAMILTON COUNTY ATTORNEY'S OFFICE**

By: _s/ R. Dee Hobbs_
R. Dee Hobbs, BPR No. 10482
Special Counsel
Azarius Yanez, BPR No. 036266
Deputy Hamilton County Attorney
625 Georgia Avenue, Suite 204
Chattanooga, TN 37402
Telephone/Facsimile: 423-209-6150/6151
Email:   rdhobbs@hamiltontn.gov
         ayanez@hamiltontn.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail or hand-delivery. Parties may access this filing through the Court's electronic filing system.

s/ R. Dee Hobbs
R. Dee Hobbs